In the Matter of Ross J. Di Lorenzo, Appellant, against WILLIAM J. HEFFERNAN, et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.

*Harry M. Alfert* for appellant.
*George Eilperin* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.